IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DEBORAH LAUFER,                           *
                                          *
         Plaintiff,                       *
                                          *
              v.                          *          CV 120-185
                                          *
RUDRA SAI LLC,                            *
                                          *
         Defendant.                       *

-----

O R D E R

-----

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice.  (Doc. 11.)  Plaintiff filed the notice prior to Defendant having served an answer or a motion for summary judgment.  Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE.**  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this _____ 9th day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA